## CURTIS V. LOWMAN ET AL.

VERDICT: ON CONFLICTING EVIDENCE: NOT DISTURBED ON APPEAL.

*Appeal from Cass District Court.*

TUESDAY, MARCH 15, 1887.

ACTION upon an alleged contract to pay the plaintiff a debt due from one Fuson. There was a trial to the court without a jury, and judgment was rendered against the plaintiff for costs. She appeals.

*H. G. Curtis* and *F. B. Huckstep,* for appellant.

*L. L. De Lano,* for appellee.

ADAMS, CH., J.—The defendant took a bill of sale of certain hotel furni-

ture from one J. W. Fuson and Mary E. Fuson. The Fusons at the time were indebted to the plaintiff, and she avers that defendants, in consideration of the conveyance to them of the hotel furniture, agreed to pay the Fusons' debt to the plaintiff. The defendants denied that they made such agreement. The evidence in respect to such agreement is in conflict. The action is at law, and we cannot disturb the judgment.

AFFIRMED.